UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

In Re: §
§
14Wbella, Llc § Case No. 18-21825
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MERRILL COHEN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 0.00                    Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 0.00    Claims Discharged
                                          Without Payment: 2,386,033.33

Total Expenses of Administration: 90,990.15

3) Total gross receipts of $ 90,990.15 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 90,990.15 from the liquidation of the property of the estate, which was distributed as follows:

|                                                                                 | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 1,148,483.92 | $ 1,148,483.92 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 36,849.01 | 36,849.01 | 36,849.01 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 129,286.56 | 129,286.56 | 54,141.14 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 2,386,033.33 | 2,386,033.33 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 3,700,652.82 | $ 3,700,652.82 | $ 90,990.15 |

4) This case was originally filed under chapter 11 on 09/06/2018 , and it was converted to chapter 7 on 01/02/2019 . The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/25/2019           By:/s/MERRILL COHEN, TRUSTEE
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Kitchen and computer equipment. Landlord has all fixed assets onsite | 1129-000 | 85,000.00 |
| Refund from Liberty Mutual | 1229-000 | 2,892.00 |
| Refund from The Hartford | 1229-000 | 3,098.15 |
| **TOTAL GROSS RECEIPTS** | | **$ 90,990.15** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | Eaglebank | 4110-000 | NA | 179,674.63 | 179,674.63 | 0.00 |
| 11 | Eaglebank | 4110-000 | NA | 208,332.85 | 208,332.85 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | Eaglebank | 4110-000 | NA | 516,835.15 | 516,835.15 | 0.00 |
| 8 | Eaglebank | 4110-000 | NA | 96,504.56 | 96,504.56 | 0.00 |
| 9 | Eaglebank | 4110-000 | NA | 147,136.73 | 147,136.73 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 1,148,483.92 | $ 1,148,483.92 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MERRILL COHEN | 2100-000 | NA | 7,799.51 | 7,799.51 | 7,799.51 |
| MERRILL COHEN | 2200-000 | NA | 406.00 | 406.00 | 406.00 |
| Signature Bank | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| U.S. Trustee | 2950-000 | NA | 2,275.00 | 2,275.00 | 2,275.00 |
| COHEN, BALDINGER & GREENFELD | 3110-000 | NA | 7,947.50 | 7,947.50 | 7,947.50 |
| AllenderCPA | 3420-000 | NA | 1,411.00 | 1,411.00 | 1,411.00 |
| R.L. Rasmus Auctioneers | 3610-000 | NA | 17,000.00 | 17,000.00 | 17,000.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 36,849.01 | $ 36,849.01 | $ 36,849.01 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm): Porzio, Bromberg & Newman, P.C. | 6210-000 | NA | 25,173.16 | 25,173.16 | 10,541.73 |
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm): Yumkas, Vidmar, Sweeney & Mulrenin, Llc | 6210-000 | NA | 1,616.87 | 1,616.87 | 677.09 |
| Prior Chapter Administrative Rent: Shf I 14W, Llc | 6920-000 | NA | 102,226.34 | 102,226.34 | 42,809.17 |
| Prior Chapter Other Operating Expenses: Us Foods, Inc. | 6950-000 | NA | 270.19 | 270.19 | 113.15 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 129,286.56 | $ 129,286.56 | $ 54,141.14 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | 400 8Th Street Nw | 7100-000 | NA | 45.00 | 45.00 | 0.00 |
| 6 | 7225 Winnipeg Ct | 7100-000 | NA | 3,195.32 | 3,195.32 | 0.00 |
| 5 | Adams-Burch Lender | 7100-000 | NA | 9,860.29 | 9,860.29 | 0.00 |
| 3 | Capital Meat Co. | 7100-000 | NA | 11,775.31 | 11,775.31 | 0.00 |
| 2 | Department Of Treasury | 7100-000 | NA | 12,900.00 | 12,900.00 | 0.00 |
| 23 | Eaglebank | 7100-000 | NA | 1,148,519.92 | 1,148,519.92 | 0.00 |
| 18 | East Coast Food Equipment, Inc. | 7100-000 | NA | 47.59 | 47.59 | 0.00 |
| 1 | Euler Hermes N.A As Agent For Samuels And Son Seaf | 7100-000 | NA | 10,155.86 | 10,155.86 | 0.00 |
| 19 | Manufacturers And Traders Trust | 7100-000 | NA | 876,657.70 | 876,657.70 | 0.00 |
| 20 | P.J.K. Food Service | 7100-000 | NA | 4,534.19 | 4,534.19 | 0.00 |
| 13 | Pepco | 7100-000 | NA | 4,842.31 | 4,842.31 | 0.00 |
| 14 | Pepco | 7100-000 | NA | 17,332.44 | 17,332.44 | 0.00 |
| 17 | Premium Distributors Of Virginia | 7100-000 | NA | 1,176.05 | 1,176.05 | 0.00 |
| 26B | Shf I 14W, Llc | 7100-000 | NA | 282,028.73 | 282,028.73 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 16 | Southern Glazer"s Wine And Spirits, Llc | 7100-000 | NA | 1,070.68 | 1,070.68 | 0.00 |
| 21 | Vega Pest Elimination | 7100-000 | NA | 888.30 | 888.30 | 0.00 |
| 15 | Washington Wholesale Liquor Co. Llc | 7100-000 | NA | 1,003.64 | 1,003.64 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 2,386,033.33 | $ 2,386,033.33 | $ 0.00 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

| Case No: | 18-21825 | TJC | Judge: | Thomas J. Catliota | Trustee Name: | MERRILL COHEN, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | 14Wbella, Llc | | | | Date Filed (f) or Converted (c): | 01/02/2019 (c) |
| | | | | | 341(a) Meeting Date: | 02/05/2019 |
| For Period Ending: | 11/25/2019 | | | | Claims Bar Date: | 03/13/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. cash on hand | 545.00 | 545.00 | | 0.00 | 545.00 |
| 2. Eagle Bank cking acct. x2266 | 0.00 | 0.00 | | 0.00 | FA |
| 3. Eagle Bank cking acct. x9550 | 0.00 | 0.00 | | 0.00 | FA |
| 4. TD Bank Checking acct. x6785 | 0.00 | 0.00 | | 0.00 | FA |
| 5. RP Jefferson Landlord | 76,975.00 | 76,975.00 | | 0.00 | 76,975.00 |
| 6. PEPCO Security Deposit | 12,895.00 | 12,895.00 | | 0.00 | 12,895.00 |
| 7. Adams Burch Dishwasher | 400.00 | 400.00 | | 0.00 | 400.00 |
| 8. Perishable Goods that Landlord has onsite | 52,083.56 | 52,083.56 | | 0.00 | 52,083.56 |
| 9. Restaurant Furniture- Landlord has all fixed assets onsite | 14,996.91 | 14,996.91 | | 0.00 | 14,996.91 |
| 10. Kitchen and computer equipment. Landlord has all fixed assets onsite | 60,465.58 | 60,465.58 | | 85,000.00 | 0.00 |
| 11. 2201 14th Street, NW Washington, DC 20009 | 632,522.00 | 632,522.00 | | 0.00 | 632,522.00 |
| 12. Internet Domain | Unknown | 0.00 | | 0.00 | FA |
| 13. Accounts Receivable 42913.92 | 42,913.92 | 42,913.92 | | 0.00 | 42,913.92 |
| 14. Accounts Receivable 30,000 | 30,000.00 | 30,000.00 | | 0.00 | 30,000.00 |
| 15. Accounts Receivable - 29,300 | 29,300.00 | 29,300.00 | | 0.00 | 29,300.00 |
| 16. Refund from Liberty Mutual (u) | 0.00 | 2,892.00 | | 2,892.00 | FA |
| 17. Refund from The Hartford (u) | 0.00 | 3,098.15 | | 3,098.15 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

|  |  |  |  | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $953,096.97 | $959,087.12 | $90,990.15 | $892,631.39 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6.15.19: Quarterly review of case.

3.31.19: The Trustee is in the process of liquidating the debtor's assets. An auctioneer has been employed. Trustee has negotiated a sale of the assets to the debtor's landlord. A motion to approve such sale is pending. Upon completion of the sale, the Trustee will finalize the debtor's tax returns and prepare the TFR.

Exhibit 8

RE PROP #     17    --    Refunds from Final Audit

Initial Projected Date of Final Report (TFR): 11/30/2019          Current Projected Date of Final Report (TFR): 11/30/2019

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 18-21825 | Trustee Name: MERRILL COHEN, TRUSTEE |
| Case Name: 14Wbella, Llc | Bank Name: Signature Bank |
| | Account Number/CD#: XXXXXX9766 |
| | Checking |
| Taxpayer ID No: XX-XXX3035 | Blanket Bond (per case limit): $3,000,000.00 |
| For Period Ending: 11/25/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/04/19 | 16 | Liberty Mutual Insurance | Refund | 1229-000 | $2,892.00 | | $2,892.00 |
| 04/01/19 | 10001 | AllenderCPA<br>12154 Darnestown Rd., Ste 621<br>Gaithersburg, MD 20878 | ACCOUNTANT'S COMPENSATION<br>Final 2065 tax return for 2018 and personal property tax return | 3420-000 | | $1,411.00 | $1,481.00 |
| 04/05/19 | | Signature Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,471.00 |
| 05/01/19 | | Transfer to Acct # xxxxxx0108 | Transfer of Funds | 9999-000 | | $1,471.00 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $2,892.00 | $2,892.00 |
| Less: Bank Transfers/CD's | $0.00 | $1,471.00 |
| Subtotal | $2,892.00 | $1,421.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $2,892.00 | $1,421.00 |

UST Form 101-7-TDR (10/1/2010) (Page: 10)

Page Subtotals: $2,892.00   $2,892.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 18-21825
Case Name: 14Wbella, Llc
Taxpayer ID No: XX-XXX3035
For Period Ending: 11/25/2019

Trustee Name: MERRILL COHEN, TRUSTEE
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0108
Checking
Blanket Bond (per case limit): $3,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/01/19 | | Transfer from Acct # xxxxxx9766 | Transfer of Funds | 9999-000 | $1,471.00 | | $1,471.00 |
| 05/12/19 | 17 | The Hartford | Refund | 1229-000 | $3,098.15 | | $4,569.15 |
| 06/14/19 | | R.L. Rasmus Auctioneers inc. | SALE OF PROPERTY | | $68,000.00 | | $72,569.15 |
| | | | Gross Receipts $85,000.00 | | | | |
| | | R.L. Rasmus Auctioneers | AUCTIONEER'S COMPENSATION ($17,000.00) | 3610-000 | | | |
| | 10 | | Kitchen and computer equipment. Landlord has all fixed assets onsite $85,000.00 | 1129-000 | | | |
| 09/04/19 | 2001 | MERRILL COHEN 2600 TOWER OAKS BOULEVARD ROCKVILLE, MD 20852 | Distribution | | | $8,205.51 | $64,363.64 |
| | | MERRILL COHEN | Final distribution creditor account # representing a payment of 100.00 % per court order. ($7,799.51) | 2100-000 | | | |
| | | MERRILL COHEN | Final distribution creditor account # representing a payment of 100.00 % per court order. ($406.00) | 2200-000 | | | |
| 09/04/19 | 2002 | U.S. Trustee 6305 Ivy Lane# 600 Greenbelt, Md 20770 | Final distribution to claim 7 creditor account # representing a payment of 100.00 % per court order. | 2950-000 | | $2,275.00 | $62,088.64 |
| 09/04/19 | 2003 | COHEN, BALDINGER & GREENFELD COHEN BALDINGER & GREENFELD, LLC | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3110-000 | | $7,947.50 | $54,141.14 |
| 09/04/19 | 2004 | Porzio, Bromberg & Newman, P.C. Attn: Warren J. Martin Jr. 100 Southgate Parkway Morristown, Nj 07962 | Final distribution to claim 24 creditor account # representing a payment of 41.88 % per court order. | 6210-000 | | $10,541.73 | $43,599.41 |

Page Subtotals:        $72,569.15        $28,969.74

UST Form 101-7-TDR (10/1/2010) (Page: 11)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 18-21825 | Trustee Name: | MERRILL COHEN, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | 14Wbella, Llc | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0108 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3035 | Blanket Bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 11/25/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/04/19 | 2005 | Yumkas, Vidmar, Sweeney & Mulrenin, Llc <B>(Administrative)</B> Attention: Catherine Keller Hopkin, Esqu 10211 Wincopin Circle, Suite 500 Columbia, Md 21044 | Final distribution to claim 25 creditor account # representing a payment of 41.88 % per court order. | 6210-000 | | $677.09 | $42,922.32 |
| 09/04/19 | 2006 | Shf I 14W, Llc C/O David Swan 1750 Tysons Blvd. Suite 1800 Tysons, Va 22102 | Final distribution to claim 26 creditor account # representing a payment of 41.88 % per court order. | 6920-000 | | $42,809.17 | $113.15 |
| 09/04/19 | 2007 | Us Foods, Inc. Leslie A. Bayles, Bryan Cave Leighton Paisner Llp 161 N. Clark Street Street, Suite 4300 Chicago, Il 60601-3315 | Final distribution to claim 22 creditor account # representing a payment of 41.88 % per court order. | 6950-000 | | $113.15 | $0.00 |

| | | |
| --- | --- | --- |
| COLUMN TOTALS | $72,569.15 | $72,569.15 |
| Less: Bank Transfers/CD's | $1,471.00 | $0.00 |
| Subtotal | $71,098.15 | $72,569.15 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $71,098.15 | $72,569.15 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Page Subtotals: $0.00    $43,599.41

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0108 - Checking | $71,098.15 | $72,569.15 | $0.00 |
| XXXXXX9766 - Checking | $2,892.00 | $1,421.00 | $0.00 |
| | $73,990.15 | $73,990.15 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $17,000.00 |
| Total Net Deposits: | $73,990.15 |
| Total Gross Receipts: | $90,990.15 |

Page Subtotals: $0.00   $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*